## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RONALD C. KOLESAR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY GROUNDS, INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-00211-SPB |

### NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff Ronald C. Kolesar hereby voluntarily dismisses with prejudice his claims against Defendant City Grounds, Inc.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Nicholas A. Colella*
　　　　　　　　　　　　　　　　　　Nicholas A. Colella
　　　　　　　　　　　　　　　　　　**LYNCH CARPENTER, LLP**
　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　Phone: (412) 322.9243
　　　　　　　　　　　　　　　　　　nickc@lcllp.com

　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

It is so ordered.

*Susan Paradise Baxter*
United States District Judge